Attachment for Contempt CO-528 (Rev. - DC 4/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In Re: TOYA RYALS
SSN: 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

Misc. No. 07-170

## ATTACHMENT FOR CONTEMPT

TO ANY UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER:

**You are hereby commanded to arrest** _____TOYA RYALS_____ whose address is 1321 Congress St. S.E., Washington, D.C. _____

and bring him/her forthwith before the United States District Court for the District of Columbia for the reason that he/she:

[✓] willfully failed to appear after having been served with a subpoena

OR

[ ] willfully evaded service of a subpoena pursuant to Title 18 USC 3144.

[✓] You are further commanded to detain _____ in your custody until he/she is discharged by the Court.

OR

[ ] You are hereby commanded to bring said person forthwith to Courtroom _____, United States District Court for the District of Columbia.

*RECEIVED 2007 APR 30 P 2:09 MARSHALS OFFICE DISTRICT OF COLUMBIA*

Upon order of the Honorable _____RICHARD ROBERTS_____, United States District Judge this 30TH day of April, 2007.

NANCY MAYER-WHITTINGTON, Clerk

By: _____L. Romero_____
Deputy Clerk

---

**RETURN***
DISTRICT OF COLUMBIA
Received the within warrant the __30__ day of __April__, 20_07_ and executed same.

By: _____
5/2/07